relation of Francis T. McDonough, against Michael J. Garvin, superintendent, etc. No opinion. Proceedings affirmed, and writ dismissed, with costs.

PEOPLE ex rel. MEEHAN, Appellant, v. SIMMONS et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) Proceeding by the people of the state of New York, on the relation of Patrick E. Meehan, against Parker P. Simmons, superintendent of supplies, and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. NASSAU ELECTRIC RY. CO. v. KNIGHT, State Comptroller. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Proceeding by the people of the state of New York, on the relation of the Nassau Electric Railway Company, against Erastus C. Knight, as Comptroller of the State of New York. No opinion. Determination of the Comptroller confirmed, with $50 costs and disbursements.

PEOPLE ex rel. NEW YORK CITY & W. RY. CO. v. BOARD OF RAILROAD COM'RS et al. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Proceeding by the people of the state of New York, on the relation of the New York City & Westchester Railway Company, against the board of railroad commissioners of the state of New York and others. No opinion. Application denied.

PEOPLE ex rel. ONEONTA, C. & R. S. RY. CO. v. BRIGGS et al. (Supreme Court, Appellate Division, Third Department. September 15, 1903.) Proceeding by the people of the state of New York, on the relation of the Oneonta, Cooperstown & Richfield Springs Railway Company against Nathan H. Briggs and others. No opinion. Motion denied.

PEOPLE ex rel. VAN DEREN et al., Respondents, v. MOORE, Mayor, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Proceeding by the people of the state of New York, on the relation of David G. Van Deren and others, against Daniel E. Moore, as mayor, etc. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. VAN DEREN et al., Respondents, v. MOORE, Mayor, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1903.) Proceeding by the people of the state of New York, on the relation of David G. Van Deren and another, against Daniel E. Moore, as mayor, etc. No opinion. Orders affirmed, with costs.

PEOPLE ex rel. VAN LINDA, Appellant, v. WARDEN OF CITY PRISON, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Proceeding by the people of the state of New. York, on the relation of Leah Van Linda, against the warden of the city prison. J. H. Harris, for appellant. A. C. Train, for respondent. No opinion. Order affirmed.

POERSCHKE v. HOROWITZ. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Edward R. Poerschke against Philip Horowitz. No opinion. Motion denied.

POWELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Kate Powell, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

ADAMS, P. J., dissents. HISCOCK, J., not voting.

PRICE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 29, 1903.) Action by John W. Price against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict, as of the date of the rendition thereof, to the sum of $5,000, in which case the judgment and order, as thus amended, are affirmed, without costs of this appeal to either party.

PRICE, Appellant, v. PARKER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Theodore H. Price against James H. Parker, Richard A. Springs, and William D. Martin. No opinion. Order affirmed, with $10 costs and disbursements.

PRIOR, Appellant, v. KOCH, Respondent. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Minnie Prior, as administratrix, etc., of Adelbert Prior, deceased, against Henry Koch. No opinion. Order affirmed, with $10 costs and disbursements.

PUTNAM v. LINCOLN SAFE DEPOSIT CO. et al. (Supreme Court, Appellate Division, Third Department. September 25, 1903.) Action by Robert M. S. Putnam against the Lincoln Safe Deposit Company and others. No opinion. Motion denied.

In re RICE. (Supreme Court, Appellate Division, Third Department. March Term, 1903.) In the matter of William M. Rice. No opinion. Motion denied.

RIDER, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1903.) Action by Jane Rider, as ad-